**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Cutberta Gomez
                    Plaintiff,

v.                                         Case No.: 1:19−cv−03891
                                                        Honorable Gary Feinerman

Officer Baysinger, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 24, 2019:

    MINUTE entry before the Honorable Gary Feinerman:It does not appear from the docket that summonses have been served, let alone served. The status hearing set for 7/30/2019 [8] is stricken and re−set for 8/26/2019 at 9:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.