# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Cutberta Gomez, et al.

Plaintiff,

v.                                                    Case No.: 1:19−cv−03891

                                                     Honorable Gary Feinerman

Officer Baysinger, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2019:

    MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 11/13/2019 at 9:00 a.m. Motion hearing held. Without objection, Devon Bank's motion for leave to substitute as Plaintiff and to substitute counsel [20] is granted. The Clerk shall terminate Cutberta Gomez as a party plaintiff, shall terminate Attorney Scott T. Kamin as counsel, and shall designate Devon Bank as the lead plaintiff. Counsel for Devon Bank may file their appearances. Plaintiff is given leave to file an amended complaint on or before 10/16/2019. Defendants shall respond to the amended complaint by 10/30/2019.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.